UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAINA SILVERMAN and TYLER KIMBROUGH, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REALPAGE, INC.; BROOKFIELD RESIDENTIAL PROPERTIES LLC; CUSHMAN & WAKEFIELD, INC.; EQUITY RESIDENTIAL; GREYSTAR REAL ESTATE PARTNERS, LLC; AVALONBAY COMMUNITIES INC.; TF CORNERSTONE, INC.; and ROSE ASSOCIATES INC.;<br><br>Defendants. | Case No. 1:22-cv-9850 |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Shaina Silverman and Tyler Kimbrough hereby dismiss all claims and causes of action against Defendants RealPage, Inc., Brookfield Residential Properties LLC, Cushman & Wakefield, Inc., Equity Residential, Greystar Real Estate Partners, LLC, AvalonBay Communities Inc., TF Cornerstone, Inc. and Rose Associates Inc. without prejudice.

Respectfully submitted,

*/s/ Blake Hunter Yagman*

Israel David
Blake Hunter Yagman
**ISRAEL DAVID LLC**
17 State Street, Suite 4010
New York, New York 10004
Tel.:          (212) 739-0622

            Facsimile: (212) 739-0628
            Email:   israel.david@davidllc.com
                  blake.yagman@davidllc.com